# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BROOKE HAYES, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| vs. ) | 2:24-cv-00312-AMM |
| ) | |
| TOPGOLF USA BIRMINGHAM, LLC, ) | **UNOPPOSED** |
| and TOP GOLF USA, INC., ) | |
| ) | |
| Defendants. | |

___

## PLAINTIFF'S MOTION TO SUBSTITUTE DEFENDANT

Pursuant to Fed. R. Civ. P. 21 and 15(c)(1)(C), Plaintiff moves the Court to enter an order substituting Topgolf Payroll Services, LLC as party-defendant for Topgolf USA Birmingham, LLC.  As grounds, plaintiff states the following:

1. In her complaint, plaintiff named Topgolf USA Birmingham, LLC as her former employer and co-defendant.

2. In an answer to the complaint filed by Topgolf Payroll Services, LLC (Doc. 6), that entity stated that it was plaintiff's employer and that Topgolf USA Birmingham, LLC was not plaintiff's employer.

3. Plaintiff therefore seeks to substitute Topgolf Payroll Services, LLC as party-defendant for Topgolf USA Birmingham, LLC.  This motion has no effect on co-defendant Top Golf USA, Inc. or plaintiff's claims against that defendant.

4. Plaintiff further moves that the substitution of Topgolf Payroll Services, LLC for Topgolf USA Birmingham, LLC operate as an amendment to Plaintiff's Complaint pursuant to Fed. R. Civ. P. 15(c)(1)(C).

5. Plaintiff has consulted with defendant regarding the motion, and defendant has no opposition.

Respectfully submitted,

s/ Adam M. Porter
Adam M. Porter
Attorney for Plaintiff
Adam M. Porter, LLC
2301 Morris Avenue, Suite 102
Birmingham, Alabama 35203
(205) 322-8999
adam@adamporterlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Gordon L. Blair, Esq. and David Nikolic, Esq. Ogletree, Deakins, Nash, Smoak & Stewart, P.C. 420 20th Street North, Suite 1900 Birmingham, AL 35203 and that there are no non-CM/ECF participants in this case.

s/ Adam M. Porter
Attorney for Plaintiff