# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| BROOKE HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| vs. | ) | 2:24-cv-00312-AMM |
| | ) | |
| TOPGOLF USA BIRMINGHAM, LLC, | ) | **UNOPPOSED** |
| and TOP GOLF USA, INC., | ) | |
| | | |
| Defendants. | | |

_____

### **PLAINTIFF'S MOTION TO CORRECT PLAINTIFF'S NAME**

Plaintiff has recently married and changed her legal name. Pursuant to Fed. R. Civ. P. 15(a)(1), Plaintiff therefore moves the Court to enter an order changing plaintiff's name from Brooke Hayes to Brooke Champion. Plaintiff has consulted with defendant regarding the motion, and defendant has no opposition.

Respectfully submitted,

s/ Adam M. Porter
Adam M. Porter
Attorney for Plaintiff
Adam M. Porter, LLC
2301 Morris Avenue, Suite 102
Birmingham, Alabama 35203
(205) 322-8999
adam@adamporterlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on July 18, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Gordon L. Blair, Esq. and David Nikolic, Esq. Ogletree, Deakins, Nash, Smoak & Stewart, P.C. 420 20th Street North, Suite 1900 Birmingham, AL 35203 and that there are no non-CM/ECF participants in this case.

                                                  s/ Adam M. Porter
                                                  Attorney for Plaintiff